RANCH & FARM LINES, INC., A NONSTOCK CO-OP MARKETING ASSOCIATION, APPELLANT, v. ERWIN DRESSMAN, APPELLEE.
175 N. W. 2d 299

Filed March 13, 1970. No. 37536.

Robert E. Paulick, for appellant.

John A. Wolf and Cronin & Shamberg, for appellee.

Heard before WHITE, C. J., CARTER, SPENCER, BOSLAUGH, SMITH, McCOWN, and NEWTON, JJ.

McCown, J.

We dismiss this appeal for lack of an appealable order. The district court sustained a special appearance by defendant, an individual resident of Kansas. Objections to personal jurisdiction were directed at the invalidity of issuance, service, and return of summons.

An order sustaining an objection to personal jurisdiction is not final within the meaning of section 25-1902, R. R. S. 1943. See, Erdman v. National Indemnity Co., 178 Neb. 312, 133 N. W. 2d 472; Busboom v. Gregory, 179 Neb. 254, 137 N. W. 2d 825. This action has not terminated. Plaintiff has the procedural choices pointed out in Busboom v. Gregory, *supra.*

Plaintiff's appeal from the order sustaining defendant's special appearance should be, and hereby is, dismissed at plaintiff's costs.

APPEAL DISMISSED.